IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR401 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SALVADOR PENALOZA-CALIXTO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 12th day of August, 2011, this matter comes on before the Court upon the United States' Motion to Vacate (Filing No. 37) its Preliminary Order of Forfeiture (Filing No. 27). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Vacate is hereby sustained.

2. The Preliminary Order of Forfeiture (Filing No. 27), entered March 17, 2011, is hereby vacated.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, Chief Judge**
**United States District Court**